**Order entered May 26, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00188-CV

**METROPCS TEXAS, LLC, Appellant**

**V.**

**ZAHRA AMIRI, ET AL., Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-04875-D**

## ORDER

Before the Court is appellees' May 25, 2022 second motion for an extension of time to file their brief. We **GRANT** the motion. We **ORDER** the brief tendered to the Court by appellees on May 25 filed as of the date of this order.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE